IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEKA-LYNN SHIMP,** | : | CIVIL ACTION NO. 1:15-CV-1109 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **WILDCAT, LLC,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of April, 2016, upon consideration of the motion (Doc. 22) of plaintiff Beka-Lynn Shimp ("Shimp") for approval of the settlement agreement by and between Shimp and defendant Wildcat, LLC ("Wildcat"), seeking to resolve Shimp's claims against Wildcat under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and Pennsylvania Minimum Wage Act, 43 PA. STAT. AND CONS. STAT. ANN. § 333.101 *et seq.*, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Shimp's motion (Doc. 22) for approval of the settlement agreement by and between Shimp and Wildcat is GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania